# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **NATIONAL FEDERATION OF THE BLIND OF NEBRASKA, INC.,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**OUTLOOK NEBRASKA, INC.,** )<br>)<br>**Defendant.** ) | **8:10CV418**<br><br>**ORDER** |

The records of the court show that on October 27, 2010, counsel for the plaintiff was notified of his client's failure to comply with Fed. R. Civ. P. 7.1, which requires non-governmental corporate parties to file Corporate Disclosure Statements.  **See** Text Entry Filing No. 4.  The plaintiff was given fifteen days to file the required statement.  As of the close of business on March 14, 2011, the plaintiff has not complied with the request set forth in the notice from the Office of the Clerk.

**IT IS ORDERED** that, on or before **March 30, 2011**, the plaintiff shall comply with Fed. R. Civ. P. 7.1 or show cause by written affidavit why the plaintiff cannot comply with the rules of the court.

DATED this 15th day of March, 2011.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge