IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND OF NEBRASKA, INC., | ) ) |
| Plaintiff, | ) 8:10CV418 ) ) |
| vs. | ) JUDGMENT ) |
| OUTLOOK NEBRASKA, INC., | ) ) |
| Defendant. | ) |

Pursuant to the Memorandum and Order entered this date, plaintiff's complaint is dismissed without prejudice, and defendant's motion for sanctions is denied.

DATED this 11th day of October, 2011.

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Judge