# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 11-3470

National Federation of the Blind, of Nebraska, Inc.

Appellant

v.

Outlook Nebraska, Inc.

Appellee

_____

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:10-cv-00418-JFB)

_____

**MANDATE**

In accordance with the judgment of 03/12/2012, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

March 12, 2012

Clerk, U.S. Court of Appeals, Eighth Circuit